UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EDWIN SANCHEZ, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:15-CV-3302 |
| § | |
| MAINTENANCE SOLUTIONS, INC., *et al*, § | |
| § | |
| Defendants. § | |

### ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this law suit has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within ninety (90) days after the entry of this Order.

It is so **ORDERED**.

SIGNED on this 28th day of December, 2016.

_____
Kenneth M. Hoyt
United States District Judge